Rubena Shaw, also known as Rubena Bautsch, appellant, v. The Prudential Insurance Company of America, appellee. Gen. No. 30,925.

Suit on life insurance policy. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed December 21, 1926.

Soelke, Koehn & Lewi, for appellant. Hoyne, O'Connor & Rubinkam, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Helen Keith Herbold, appellee, v. Oline Mou, trading as John Mou, also Mou's Motor Transfer Company, et al., on appeal of Henry Rabe, appellant. Gen. No. 31,002.

Action for personal injuries from automobile. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed December 21, 1926.

Harold O. Mulks, for appellant. Henry A. Gano and Leesman & Roemer, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

H. C. Lust, appellee, v. The Western Union Telegraph Company, appellant. Gen. No. 31,035.

Suit for damages from breach of contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Lawrence B. Jacobs, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Reversed and judgment here. Opinion filed December 21, 1926.

West & Eckhart, for appellant. No appearance for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

G. A. Schillinger, appellee, v. The North American Oil & Manufacturing Company, appellant. Gen. No. 31,045.

Suit for rent due and attorney fees. Judgment for plaintiff on directed verdict. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed December 21, 1926. Rehearing denied January 4, 1927.

Jacob G. Grossberg and Julius L. Kabaker, for appellant. John Voight and Walter H. Shurtleff, for appellee.

Mr. Justice Fitch delivered the opinion of the court.